UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U. S. DISTRICT COURT E.D. N.Y.

★ NOV 14 2005 ★

TIME A.M._____
P.M._____

----------------------------------------------------X

MAGDALENA KOVACS,

                                    Plaintiff,

        – against –                                 02 CV 3239 (SLT)(CLP)

NINA KUNICK, BRIAN PINTO and
PERFORMANCE INSURANCE COMPANY,

                                    Defendants.
----------------------------------------------------X

ALLSTATE INSURANCE COMPANY,                         **O R D E R**

                                    Plaintiff,

        – against –

                                                    03 CV 2178 (SLT)(CLP)

MAGDALENA KOVACS, PERFORMANCE
INSURANCE COMPANY and SERGIO TAPIA,

                                    Defendants.
----------------------------------------------------X

**TOWNES, United States District Judge:**

On September 30, 2005, Magistrate Judge Cheryl L. Pollak issued a

Report and Recommendation ("R&R") in the second of the two above-entitled

related matters (03 CV 2178). No objection to the R&R has been filed with the

Court as of the date of this Order.

        Accordingly, the Court hereby ADOPTS and AFFIRMS the R&R.

        SO ORDERED.

Dated: Brooklyn, New York
       November 9, 2005

                                    _____
                                    SANDRA L. TOWNES
                                    United States District Judge